UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARL G. MARTIN et al.,

    Plaintiffs,

v.                                                                    CASE NO: 8:03-cv-2261-T-23MSS

INTERNAL REVENUE SERVICE,

    Defendant.

_____/

**ORDER**

    A May, 2004 order (Doc. 6) to show cause required proof of service on or before

June 4, 2004 and warned that failure to comply would result in dismissal of the action.

The plaintiffs neither responded to the order nor filed proof of service.  Consequently,

the action is **DISMISSED WITH PREJUDICE**.  The Clerk is directed to close the file.

    ORDERED in Tampa, Florida, on June 12, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    Courtroom Deputy